UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT KALFUS,<br><br>      Plaintiff,<br><br>    -v.-<br><br>GOD'S WORLD PUBLICATIONS, INC.,<br><br>      Defendant. | 20 Civ. 4601 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The conference scheduled for September 2, 2020, at 12:00 p.m. will proceed telephonically.  At the scheduled date and time, the parties shall dial-in to (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 12:00 p.m.

  SO ORDERED.

Dated: August 31, 2020
     New York, New York

                     *Katherine Polk Failla* (signature)

                     KATHERINE POLK FAILLA
                     United States District Judge