UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT KALFUS,

*Plaintiff,*                    Docket No. 1:20-cv-04601 (KPF)

- against -

GOD'S WORLD PUBLICATION, INC.

*Defendant.*

## NOTICE OF COMPLIANCE: PAYMENT OF $5,000.00 BOND

PLEASE TAKE NOTICE, that on December 1, 2020, Plaintiff Robert Kalfus posted

bond in the amount of $5,000.00 with the Clerk of Court pursuant to the Court's Order, dated

November 13, 2020.

December 2, 2020
Valley Stream, NY                    Respectfully submitted:

**/s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*