UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT KALFUS,

                *Plaintiff,*

  - against -

GOD'S WORLD PUBLICATIONS, INC.

                *Defendant.*

Docket No. 1:20-cv-04601 (KPF)

# ORDER

**WHEREAS,** on November 13, 2020, the Court directed Plaintiff Robert Kalfus to post a bond with the Clerk of Court in the amount of $5,000.00 pursuant to Local Civil Rule 54.2;

**WHEREAS,** on December 2, 2020, the Clerk entered a Cashiers Office Registry Deposit indicating receipt of the $5,000.00 bond from Plaintiff on December 1, 2020 (Receipt Number 51004);

**WHEREAS,** on March 15, 2021, the parties filed a Stipulation of Dismissal of Civil Action With Prejudice under Fed.R.Civ. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorneys' fees [Dkt. No. 37];

**WHEREAS,** on March 15, 2021, Plaintiff filed an application for an order directing the Clerk of Court to refund the $5,000.00 bond, upon consent of Defendant God's World Publications, Inc. [Dkt. No. 38];

**THEREFORE, IT IS HEREBY ORDERED** that the Cashier's Office of the Clerk of Court return the $5,000.00 bond to Plaintiff.  The Cashier's Office shall make the check payable

to "Liebowitz Law Firm, PLLC, as Counsel for Robert Kalfus" and mailed to the following address:

> Liebowitz Law Firm, PLLC
> c/o Laura Bivona, Finance Coordinator
> 70 Pell Place, Unit 2
> Bronx, New York 10464-1514

Dated: March 16, 2021
   New York, New York

**SO ORDERED.**

_____
Katherine Polk Failla (U.S.D.J.)